DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of E.A., M.A., and L.A., children.

W.A.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2026-0606

_____

July 8, 2026

Appeal from the Circuit Court for Hillsborough County; Daryl M.
Manning, Judge.

David A. Dee, Tampa, for Appellant.

Mary Soorus, Children Legal Services, Tampa, for Appellee Department of
Children and Families.

Sarah Todd Weitz, Senior Attorney, Appellate Division, and Sara
Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for
Appellee Statewide Guardian Ad Litem Office.


PER CURIAM.

        Affirmed.

NORTHCUTT, VILLANTI, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.